FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 30, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> -vs-<br><br>AUDEL MADRID-URIARTE,<br><br>    Defendant. | No. 2:18-CR-0206-WFN-1<br><br>ORDER<br><br>**UNITED STATES MARSHAL ACTION REQUIRED** |

  Pending before the Court is the Government's Motion to Dismiss Indictment Without Prejudice and Quash Arrest Warrant. ECF No. 37. Defendant was indicted on November 20, 2018, for being in the United States illegally after deportation, but he absconded before trial. A warrant was issued for Defendant's arrest on December 3, 2018. He has not been arrested. The Government now seeks leave to dismiss the indictment without prejudice under Rule 48(a) of the Federal Rules of Criminal Procedure. The Government also asks the Court to quash the warrant issued for Defendant's arrest. The Court has reviewed the file and Motion and is fully informed. Accordingly,

  **IT IS ORDERED** that:

  1. The Government's Motion to Dismiss Indictment Without Prejudice and Quash Arrest Warrant, filed November 29, 2022, **ECF No. 37**, is **GRANTED**.

  2. The indictment is **DISMISSED without prejudice** as to Audel Madrid-Uriarte.

  3. The warrant issued in this matter for the arrest of Audel Madrid-Uriarte is **QUASHED.**

  The District Court Executive is directed to file this Order and provide copies to counsel **AND TO** the United States Marshals Service—**action required**.

ORDER - 1

**DATED** this 30th day of November, 2022.

11-29-22

_____
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2